# Court of Appeals
# of the State of Georgia

ATLANTA, October 25, 2018

*The Court of Appeals hereby passes the following order*

## A19I0064. REBECCA CECIL BERRY WRIGHT et al. v. CAROL ELIZABETH BERRY CRAIG.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:
1711739



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, October 25, 2018.

  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

  Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.